UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

PETER MORAL TUA and
DIANA MARGARITA PEREZ,

               Debtors.    /

Case No. 21-12196-AJC
Chapter 7

## DEBTORS' MOTION FOR CONVERSION FROM CHAPTER 7 TO CHAPTER 13

## NOTICE

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.**

The Debtors, pursuant to 11 U.S.C. § 706(a), hereby move to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

1. This case, filed on March 5, 2021, has not been previously converted under 11 U.S.C. §1112, §1208 or §1307 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under chapter 13 of the Bankruptcy Code.

3. Due to a significant upward shift in the market values of automobiles, which was not expected, Debtors cannot cover the cost of the non-exempt vehicle assets in their Chapter 7 bankruptcy through loans from family, as they had anticipated.

**WHEREFORE**, the Debtors pray for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

/s/ Silvio Amico
Silvio Amico, Esq.
Attorney for Debtors
FL Bar No.: 0744794
9990 S.W. 77th Ave., PH4
Miami, FL 33156
Ph.: (305) 596-4774
E-mail: silvioam@bellsouth.net