

**ORDERED in the Southern District of Florida on October 28, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 21-12196-AJC |
| PETER MORALES TUA AND DIANA MARGARITA PEREZ, | Chapter 7 |
| Debtor./ | |

### ORDER GRANTING TRUSTEE'S MOTION
### TO COMPEL TURNOVER OF NON-EXEMPT ASSETS

THIS MATTER, having come before the Court on October 19, 2021, at 10:30 a.m. upon *Trustee's Motion to Compel Turnover of Non-Exempt Assets* (the "Motion") [ECF No. 58]. The Court, having reviewed the Motion and the file, and for the reasons stated on the record, which are incorporated herein by reference, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The value of the Debtors' personal property listed in the Appraisal[1] exceeds the Debtors' available exemptions.

3. The Debtors' 2019 Ford Taurus is a non-exempt asset and property of the Estate.

4. The parties will have until November 17, 2021, to reach a settlement agreement related to the Debtors' repurchase of their non-exempt assets. If an agreement cannot be reached by November 17, 2021, the Debtors are directed to turn over the 2019 Ford Taurus to the Trustee on November 18, 2021.

### # # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*
853310

---

[1] All capitalized terms used and not otherwise defined in this Order shall have the meanings ascribed to them under the Motion.